UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER FELIZ,<br><br>                              Plaintiff,<br><br>         -against-<br><br>JUNG PARK; ABRAHAM CLOTT; CHARLES SOLOMON; TONY DURANTE; PEOPLE OF THE STATE OF NEW YORK; COUNTY OF NEW YORK,<br><br>                              Defendants. | 20-CV-2014 (LLS)<br><br>CIVIL JUDGMENT |

   Pursuant to the order issued June 25, 2020, dismissing the complaint,

   IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

   IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

   SO ORDERED.

Dated:   June 25, 2020
         New York, New York

                                                    _____
                                                            Louis L. Stanton
                                                               U.S.D.J.